## 30973. HAMMOCK v. THE STATE.

MacINTYRE, J. There is no merit in any of the special grounds of the motion for new trial. The evidence supports the verdict, which has the approval of the trial judge. No error of law was committed, and the motion for new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED FEBRUARY 15, 1946.

*Claude V. Driver,* for plaintiff in error.
*Hal C. Hutchens, solicitor-general, W. A. Foster Jr.,* contra.